FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 11, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JARED WINTERER,<br><br>                Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>                Defendant. | NO: 1:23-cv-03197-RMP<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS |

By Order filed January 26, 2024, the Court directed Plaintiff Jared Winterer, a *pro se* prisoner at the Stafford Creek Corrections Center, to either pay the applicable $402.00 filing fee to proceed with this action or to properly seek leave to proceed *in forma pauperis* under the Prison Litigation Reform Act, 28 U.S.C. § 1915. ECF No. 3 at 2. Plaintiff was cautioned that his failure to do so would be construed as his consent to the dismissal of this action. *Id.* Plaintiff has neither paid the filing fee nor returned the application to proceed *in forma pauperis* along with his six-month inmate trust account statement (or institutional equivalent) by the due date of February 26, 2024.

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS -- 1

Parties filing actions in the United States District Court are required to pay filing fees. 28 U.S.C. § 1914(a). An action may proceed without the immediate payment of a filing fee only upon granting of *in forma pauperis* status. *See* 28 U.S.C. § 1915. Failure to pay the statutory filing fee will result in dismissal of these actions without prejudice. *See Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995) (district court has authority to dismiss without prejudice prisoner complaint for failure to pay partial filing fee); *In re Perroton*, 958 F.2d 889, 890 (9th Cir. 1992) (affirming dismissal of appeal of pro se litigant for failure to pay required filing fees).

Accordingly, **IT IS ORDERED** that this action is **DISMISSED** without prejudice for failing to pay the filing fee or filing a properly completed Application to Proceed *In Forma Pauperis* pursuant to 28 U.S.C. §§ 1914(a) and 1915(a).

**IT IS SO ORDERED.** The District Court Clerk is **DIRECTED** to enter this Order, enter judgment, provide copies to Plaintiff at his last known address and to **close** the file.

**DATED** March 11, 2024.

>        *s/ Rosanna Malouf Peterson*
> ROSANNA MALOUF PETERSON
> Senior United States District Judge

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS -- 2